# IN THE SUPREME COURT OF THE STATE OF DELAWARE

SCOTT D. TUCKER,[1]      §
     § No. 442, 2015
     Petitioner Below,      §
     Appellant,      §
     §
     v.      § Court Below—Family Court
     § of the State of Delaware,
KAREN A. TUCKER,      § in and for New Castle County
     § File No. CN09-03371
     Respondent Below,      § Pet. No. 14-28515
     Appellee.      §

Submitted: November 4, 2015
Decided: November 10, 2015

## O R D E R

This 10th day of November 2015, it appears to the Court that, on October 19, 2015, the Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to pay the required fees and his failure to file his opening brief and appendix in this matter. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

_____
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).